## STATE v. LOUISE JAMES (ALIAS MOORE), AND EVELYN CHILDS.

(Filed 5 June, 1947.)

APPEAL by defendants from *Rousseau, J.*, at November Term, 1946, of Forsyth.

Criminal prosecutions on warrants charging the defendants with malicious injury to property, tried originally in the Municipal Court of the City of Winston-Salem and again *de novo* on appeal to the Superior Court of Forsyth County.

Verdict: Guilty as to both defendants.

Judgment: Six months on the roads as to each defendant.

The defendants appeal, assigning errors.

*Attorney-General McMullan and Assistant Attorneys-General Bruton, Rhodes, and Moody for the State.*

*William Reid Dalton for defendant.*

PER CURIAM. The exceptions relied on here are the same as those presented in the case of *S. v. Koritz, et al., ante,* 552, herewith decided, and are controlled by the rulings in that case.

No error.